```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 20-00290-RNO
Michael Joseph Filipowich                                           Chapter 7
         Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-5      User: AutoDocke         Page 1 of 1           Date Rcvd: Mar 26, 2020
                          Form ID: ntnew341       Total Noticed: 14
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2020.
```
db              Michael Joseph Filipowich,    127 Govier St,    Wilkes Barre, PA  18705-3037
5295272         ATT Mobility,   c/o Bankruptcy,    4331 Communications Dr,    Dallas, TX  75211-1300
5295273        ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
               (address filed with court:  Caine Weiner,    PO Box 55848,    Sherman Oaks, CA  91413-0848)
5295275         Car-Lotta Credit,   3374 Scranton Carbondale Hwy # 2406,    Blakely, PA  18447-2406
5295276         Credence Resource Mana,   PO Box 2300,    Southgate, MI  48195-4300
5295277         Credit Acceptance Corp,   PO Box 5070,    Southfield, MI  48086-5070
5295269         Filipowich Michael Joseph,    127 Govier St,    Wilkes Barre, PA  18705-3037
5295270         Law Offices of Jason P Provinzano LLC,    16 W Northampton St,    Wilkes Barre, PA  18701-1708
5295278         M & T Bank Mortgage,    PO Box 900,    Millsboro, DE  19966-0900
5295281        +Progressive Insurance,    6300 Wilson Mills Rd,    Mayfield Village, OH 44143-2182
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5295271         E-mail/Text: khaffn@allied-services.org Mar 26 2020 19:11:04      Allied Services,
                 Attn: Billing Dept,    100 Abington Executive Park,    Clarks Summit, PA  18411-2260
5295274         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 26 2020 19:12:07
                 Capital One Bank USA N.A.,    PO Box 30285,    Salt Lake City, UT  84130-0285
5295279         E-mail/Text: Bankruptcies@nragroup.com Mar 26 2020 19:11:18      National Recovery Agen,
                 2491 Paxton St,    Harrisburg, PA  17111-1036
5295280         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 26 2020 19:12:44
                 Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,    Norfolk, VA  23502-4952
                                                                                               TOTAL: 4
```

```
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2020 at the address(es) listed below:
```
              James   Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Jason Paul Provinzano    on behalf of Debtor 1 Michael Joseph Filipowich MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com,  PA41@ecfcbis.com;psheldon@sheilslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 4
```

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | | |
|---|---|---|
| Michael Joseph Filipowich, <br> aka Michael Filipowich, aka Michael J. Filipowich, | Chapter | 7 |
| **Debtor 1** | Case No. | 5:20–bk–00290–RNO |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Max Rosenn US Courthouse, Courtroom #2, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: April 24, 2020 <br> Time: 08:30 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes–Barre, PA 18701 <br> (570) 831–2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: March 26, 2020 |

ntnew341 (04/18)