```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                       Case No. 20-00290-RNO
Michael Joseph Filipowich                                                    Chapter 7
          Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke               Page 1 of 1                   Date Rcvd: Apr 16, 2020
                              Form ID: ntcovid             Total Noticed: 14
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2020.
db             Michael Joseph Filipowich,   127 Govier St,   Wilkes Barre, PA  18705-3037
5295272        ATT Mobility,   c/o Bankruptcy,   4331 Communications Dr,   Dallas, TX  75211-1300
5295273      ++CAINE & WEINER COMPANY,   12005 FORD ROAD 300,   DALLAS TX 75234-7262
               (address filed with court: Caine Weiner,    PO Box 55848,   Sherman Oaks, CA  91413-0848)
5295275        Car-Lotta Credit,   3374 Scranton Carbondale Hwy # 2406,   Blakely, PA  18447-2406
5295276        Credence Resource Mana,   PO Box 2300,   Southgate, MI  48195-4300
5295277        Credit Acceptance Corp,   PO Box 5070,   Southfield, MI  48086-5070
5295269        Filipowich Michael Joseph,   127 Govier St,   Wilkes Barre, PA  18705-3037
5295270        Law Offices of Jason P Provinzano LLC,   16 W Northampton St,   Wilkes Barre, PA  18701-1708
5295278        M & T Bank Mortgage,   PO Box 900,   Millsboro, DE  19966-0900
5295281       +Progressive Insurance,   6300 Wilson Mills Rd,   Mayfield Village, OH  44143-2182

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5295271        E-mail/Text: khaffn@allied-services.org Apr 16 2020 19:47:49      Allied Services,
                Attn: Billing Dept,   100 Abington Executive Park,   Clarks Summit, PA  18411-2260
5295274        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 16 2020 19:55:49
                Capital One Bank USA N.A.,   PO Box 30285,   Salt Lake City, UT  84130-0285
5295277        E-mail/Text: ebnnotifications@creditacceptance.com Apr 16 2020 19:47:22
                Credit Acceptance Corp,   PO Box 5070,   Southfield, MI  48086-5070
5295279        E-mail/Text: Bankruptcies@nragroup.com Apr 16 2020 19:48:14      National Recovery Agen,
                2491 Paxton St,   Harrisburg, PA  17111-1036
5295280        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 16 2020 19:55:53
                Portfolio Recov Assoc,   120 Corporate Blvd Ste 100,   Norfolk, VA  23502-4952
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2020 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Jason Paul Provinzano    on behalf of Debtor 1 Michael Joseph Filipowich MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com,
               PA41@ecfcbis.com;psheldon@sheilslaw.com;jspottesq@sheilslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re:<br><br>Michael Joseph Filipowich,<br> aka Michael Filipowich, aka Michael J. Filipowich,<br><br>**Debtor 1** | Chapter    7<br><br>Case No.    5:20–bk–00290–RNO |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| 341 meeting will be held telephonically, refer to the call–in instructions. | Date: April 24, 2020<br><br>Time: 08:30 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DeborahGeorge, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 16, 2020 |

ntcovid (04/18)

# CALL−IN DIRECTIONS FOR TELEPHONIC CHAPTER 7 § 341 MEETINGS IN THE MIDDLE DISTRICT OF PENNSYLVANIA
**(Effective March 30, 2020)**

On March 30, 2020, the United States Trustee for Region 3 issued a supplemental notice continuing all in−person chapter 7, 12, and 13 section 341 meetings scheduled through May 10, 2020, with the exception that section 341 meetings could proceed through telephonic or other alternative means not requiring any personal appearances. Please read to the end.

This notice addresses the protocol for telephonic appearances for chapter 7 section 341 meetings only. Chapter 13 debtors should refer to their standing trustee's protocol or website for additional information.

All debtor attorneys and debtors are encouraged to participate in section 341 meetings by telephone, or by such remote means as the trustee has established and noticed. Attorneys and debtors may call in from separate locations. Creditors and creditor attorneys may appear remotely and should use the information provided below or on the docket to participate.

**All parties are encouraged to contact the case trustee, check the case docket, and the UST Website at https://www.justice.gov/ust for up−to−date information about section 341 meetings of creditors.**

Unless otherwise instructed, to participate in a telephonic section 341 meeting, you should use the Call−In Number and Passcode assigned to your trustee, which is listed below.

Unless otherwise directed by your trustee, please call−in five minutes before your assigned meeting time and mute your telephone until your case is called. Please follow the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch−tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call−in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors may be in session when you call in. You may be able to hear the trustee even when your phone is muted.)
- Unmute your phone when the trustee calls your case so that the trustee can hear you.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.
- If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee a week prior to the section 341 meeting of creditors. These documents should include information sufficient for the trustee to verify the debtor's SSN. Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

| Trustee | Call−In Number | Passcode |
|---|---|---|
| Steven Carr | 1−888−282−8246 | 8589279 |
| Mark Conway | 1−866−773−1875 | 5761176 |
| Lawrence Frank | 1−866−724−5066 | 1380190 |
| Leon Haller | 1−866−507−4642 | 2179536 |
| John Martin | 1−866−809−8952 | 7685517 |
| William Schwab | 1−866−707−7516 | 4801433 |
| Robert Sheils | 1−866−714−3930 | 1832207 |
| Lawrence Young | 1−866−453−7506 | 2896054 |